# Third District Court of Appeal

## State of Florida

Opinion filed March 9, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1757
Lower Tribunal No. 20-19543
_____

**Guilienne Audelin,**
Appellant,

vs.

**Guilliano Janvier,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Christina Marie DiRaimondo, Judge.

Guilienne Audelin, in proper person.

Guilliano Janvier, in proper person.

Before SCALES, HENDON  and GORDO, JJ.

PER CURIAM.

Affirmed.